AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUANTOVIA ROBINSON,

    Plaintiff,

v.

COUNSELOR SMITH, OFFICER CARVER, COUNSELOR COX, and SGT. CRAWFORD,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-3

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated April 17, 2024, the Court dismisses without prejudice Plaintiff's Complaint and denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

Date: April 22, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020